**FILED**
**NOVEMBER 13, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TD

ECF, JURY, RAMIREZ, STAYED

U.S. District Court
Northern District of Texas (Dallas)
CIVIL DOCKET FOR CASE #: 3:07-cv-01571
Internal Use Only

**07 C 6393**

Armstrong v. Ocwen Loan Servicing LLC et al
Assigned to: Judge Sidney A Fitzwater
Case in other court: County Court at Law No 1 Kaufman County Texas, 74199CC
Cause: 28:1332 Diversity-Breach of Contract

Date Filed: 09/13/2007
Jury Demand: Plaintiff
Nature of Suit: 290 Real Property: Other
Jurisdiction: Diversity

**JUDGE NORGLE**

**Plaintiff**

**Robert Armstrong**     represented by    **William H Oliver**
Pipkin Oliver & Bradley
1020 Northeast Loop 410
Suite 810
San Antonio, TX 78209
210/820-0082
Fax: 210/820-0077
Email: wholiver@pobllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward M Carstarphen**
Ellis Carstarphen Dougherty & Goldenthal
5847 San Felipe
Suite 1900
Houston, TX 77057
713/647-6800
Fax: 713/647-6884

**Kori L Westbrook**
Ellis Carstarphen Dougherty & Goldenthal
1900 San Felipe Plaza
5847 San Felipe
Houston, TX 77057
713/647-6800

**Robert C Hilliard**
Hilliard & Munoz
719 S Shoreline Suite 500

        Corpus Christi, TX 78401
        361/882-1612

V.

**Defendant**

**Ocwen Loan Servicing LLC**
*as Successor by Merger with Ocwen Federal Bank FSB*

represented by **Mark D Cronenwett**
Cowles & Thompson - Dallas
901 Main St
Suite 4000
Dallas, TX 75202-3793
214/672-2000
Fax: 214/672-2020 FAX
Email: mcronenwett@cowlesthompson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lindsay L Stansberry**
Cowles & Thompson - Tyler
1202 First Place
Tyler, TX 75702
903/596-9000
Email: lstansberry@cowlesthompson.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Wells Fargo Bank Minnesota NA**
*as Trustee for AMRESCO Residential Securities Corporation Mortgage Loan Trust 1998-3*

represented by **Mark D Cronenwett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lindsay L Stansberry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Unknown Holders and/or Owners of Residual Interest in Securitization of the AMRESCO Residential Securities Corporation Mortgage Loan Trust 1998-3**

**Defendant**

**Randy Daniel**

**Defendant**

**Sandy Dasigenis**  represented by  Lindsay L Lambert
*Substitute Trustees*  Hughes Watters & Askanase
333 Clay
29th Floor
Houston, TX 77002
713/759-0818
Fax: 713/759-6834
Email: llambert@hwa.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/13/2007 | 1 | NOTICE OF REMOVAL from County Court at Law No 1 Kaufman County Texas, case number 74199CC filed by Wells Fargo Bank Minnesota NA, Ocwen Loan Servicing LLC. (Filing fee $ 350; receipt number 14917) (jrb) (Entered: 09/14/2007) |
| 09/13/2007 |  | DEMAND for Trial by Jury by Robert Armstrong. (see #1 for image) (jrb) (Entered: 09/14/2007) |
| 09/13/2007 | 2 | CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by Wells Fargo Bank Minnesota NA, Ocwen Loan Servicing LLC. (jrb) (Entered: 09/14/2007) |
| 09/13/2007 |  | ***Magistrate Judge Ramirez chosen by random selection to handle matters that may be referred in this case. (jrb) (Entered: 09/14/2007) |
| 09/13/2007 | 3 | Order Designating Case for ECF - see order for specifics. (Signed by Judge Sidney A Fitzwater on 9/14/07) (jrb) (Entered: 09/14/2007) |
| 09/26/2007 | 4 | Unopposed MOTION to Stay *Proceedings Pending MDL Panel Review* by Ocwen Loan Servicing LLC with Brief/Memorandum in Support. (Attachments: # 1 Text of Proposed Order # 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D) (Cronenwett, Mark) (Entered: 09/26/2007) |
| 09/26/2007 | 5 | ORDER granting 4 Motion to Stay Proceedings Pending MDL Panel Review. (Signed by Judge Sidney A Fitzwater on 09/26/2007) (axm) (Entered: 09/26/2007) |
| 10/29/2007 | 6 | Conditional Transfer Order (CTO-45). These actions are transferred to the Northern District of Illinois for reasons stated in the order of April 13, 2004, and, with the consent of that court, assigned to the Honorable Charles R. Norgle Sr. (see order for specifics) (Signed by Clerk of Panel, Jeffery N. Luthi on 10/29/07) (lmp) (Entered: 11/13/2007) |

**CEM**

**FILED**
**OCTOBER 29, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

A CERTIFIED TRUE COPY

OCT 29 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 11 2007

FILED
CLERK'S OFFICE

**07 C 6393**

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: OCWEN FEDERAL BANK FSB MORTGAGE
SERVICING LITIGATION

MDL No. 1604

(SEE ATTACHED SCHEDULE)

**JUDGE NORGLE**

## CONDITIONAL TRANSFER ORDER (CTO-45)

On April 13, 2004, the Panel transferred six civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 314 F.Supp.2d 1376 (J.P.M.L. 2004). Since that time, 70 additional actions have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Norgle, Sr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Norgle.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of April 13, 2004, and, with the consent of that court, assigned to the Honorable Charles R. Norgle, Sr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

OCT 29 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: OCWEN FEDERAL BANK FSB MORTGAGE
SERVICING LITIGATION

MDL No. 1604

## SCHEDULE CTO-45 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **TEXAS NORTHERN** | |
| TXN 3 07-1571 | Robert Armstrong v. Ocwen Loan Servicing LLC, et al. — 07CV6393 |
| **TEXAS WESTERN** | |
| TXW 5 07-775 | Gordon W. Peters, et al. v. Ocwen Loan Servicing, LLC — 07CV6394 |
| TXW 6 07-297 | Theresa M. Traina v. Ocwen Loan Servicing LLC, et al. — 07CV6395 |